(Rev. 3/88)

FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

05 OCT 14 PM 12:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

<u>U.S.A. vs. Karlis Anthony White</u>        Docket No. <u>2:04CR20200-01</u>

Petition on Probation and Supervised Release

**COMES NOW** <u>Michelle R. Sims</u>, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Karlis Anthony White</u>, who was placed on supervision by the <u>Honorable Chief Judge R. Allan Edgar</u> sitting in the Court at <u>Chattanooga, Tennessee</u>, on the <u>2nd</u> day of <u>February, 2004,</u> who fixed the period of supervision at <u>five (5) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $8,601.53 (Joint and Several)
2. The defendant shall provide any requested financial information upon request.
3. The defendant shall not incur any additional financial obligations without prior approval.
4. The defendant shall not be employed in any position of public or private trust without approval.

\* Order on Transfer of Jurisdiction executed April 26, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Karlis Anthony White fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. White has made a good faith effort to satisfy restitution, however, he has an outstanding balance of $8,155.53. Greg Sullivan, Assistant United States Attorney, (ED/TN/ Chattanooga) has no objections to an early termination. The Office of the United States Attorney/Financial Ligation Unit has been made aware of the defendant's possible discharge from supervision.

**PRAYING THAT THE COURT WILL ORDER** Karlis Anthony White be discharged from supervision with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

## ORDER OF COURT

Considered and ordered this <u>13</u> day of <u>Oct</u>, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_Michelle R. Sims_
Michelle R. Sims
United States Probation Officer

Place: <u>Memphis, Tennessee</u>

Date: <u>October 13, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>10-14-05</u>

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CR-20200 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT